
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:25-cr-00122   **DEPUTY CLERK** |
| v. | ) | |
| | ) | 18 U.S.C. § 875(c) |
| | ) | 18 U.S.C. § 2261A(2)(A) |
| | ) | 18 U.S.C. § 2261A(2)(B) |
| VAN MELLEN | ) | 18 U.S.C. § 2261(b) |

# I N D I C T M E N T

## COUNT ONE

THE GRAND JURY CHARGES:

Beginning at least as early as on or about January 1, 2023, and continuing through at least on or about June 4, 2025, in the Middle District of Tennessee and elsewhere, the defendant, **VAN MELLEN,** with the intent to kill, injure, harass, and intimidate another person, that is, Victim A.L., did use an electronic communication service, and an electronic communication system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that placed Victim A.L., in reasonable fear of death and serious bodily injury to herself, an immediate family member, and her spouse or intimate partner.

All in violation of Title 18, United States Code, Sections 2261A(2)(A) and 2261(b).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

Beginning at least as early as on or about January 1, 2023, and continuing through at least on or about June 4, 2025, in the Middle District of Tennessee and elsewhere, the defendant, **VAN MELLEN,** with the intent to kill, injure, harass, and intimidate another person, that is, Victim A.L., did use an electronic communication service, and an electronic communication system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of

conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to Victim A.L., an immediate family member, and her spouse or intimate partner.

All in violation of Title 18, United States Code, Sections 2261A(2)(B), and 2261(b).

COUNT THREE

THE GRAND FURTHER JURY CHARGES:

Beginning at least as early as on or about January 1, 2023, and continuing through at least on or about June 4, 2025, in the Middle District of Tennessee and elsewhere, the defendant, **VAN MELLEN,** with the intent to kill, injure, harass, and intimidate another person, that is, Victim J.H., did use an electronic communication service, and an electronic communication system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that placed Victim J.H., in reasonable fear of death and serious bodily injury to himself, an immediate family member, and his spouse or intimate partner.

All in violation of Title 18, United States Code, Sections 2261A(2)(A) and 2261(b).

COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

Beginning at least as early as on or about January 1, 2023, and continuing through at least on or about June 4, 2025, in the Middle District of Tennessee and elsewhere, the defendant, **VAN MELLEN,** with the intent to kill, injure, harass, and intimidate another person, that is, Victim J.H., did use an electronic communication service, and an electronic communication system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to Victim J.H., an immediate family member, and his spouse or intimate partner.

All in violation of Title 18, United States Code, Sections 2261A(2)(B), and 2261(b).

## COUNT FIVE

THE GRAND FURTHER JURY CHARGES:

On or about March 12, 2025, in the Middle District of Tennessee and elsewhere, the defendant, **VAN MELLEN**, did knowingly and willfully transmit in interstate commerce, a communication containing a threat to injure the person of another, specifically, communications on a Meta, Inc. platform threatening to kill J.H. and members of J.H.'s family.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

FOREPERSON

ROBERT E. McGUIRE
ACTING UNITED STATES ATTORNEY

JOSHUA A. KURTZMAN
KATHRYN D. RISINGER
ASSISTANT UNITED STATES ATTORNEYS

3