CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment ☒
Complaint ☐
Information ☐
Felony ☒
Misdemeanor ☐
Juvenile ☐

County of Offense: Davidson
AUSA's NAME: Risinger

Reviewed by AUSA: KR
(Initials)

Van Mellen
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed? ☐ Yes ☒ No

If Yes, what language? _____

_____
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1-4 | 18 U.S.C. § 2261A(2) | Cyberstalking | 5 years | $250,000 |
| 5 | 18 U.S.C. § 875(c) | Communicating a threat in interstate commerce | 5 years | $250,000 |

Is the defendant currently in custody?   Yes ☐   No ☒   If yes, State or Federal?  Writ requested ☐

Has a complaint been filed?   Yes ☐   No ☒
If Yes:   Name of the Magistrate Judge _____   Case No.: _____
Was the defendant arrested on the complaint?   Yes ☒   No ☐

Has a search warrant been issued?   Yes ☒   No ☒
If Yes:   Name of the Magistrate Judge _____   Case No.: _____

Was bond set by Magistrate/District Judge?   Yes ☐   No ☐   Amount of bond: _____

This is NOT a Rule 20 or Rule 40 case.

Estimated trial time: 6 days

The Clerk will issue a Summons/Warrant   (underline and bold one)  (Note:  If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)
       No warrant or summons needed. Defendant already in custody on a federal arrest warrant in this case.

Detention requested:  Yes ☒   No ☐       Recommended conditions of release: _____